UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALMA COLLEGE AND BLUE CROSS BLUE SHIELD OF MICHIGAN FOR ALMA COLLEGE PLAN, | Case No. 15-cv-13718 |
| | Honorable Thomas L. Ludington |
| Plaintiffs, | **STIPULATION TO DISMISS** |
| v. | |
| BLUE CROSS BLUE SHIELD OF MICHIGAN, | |
| Defendant. | |

The parties stipulate to the entry of an Order dismissing this matter with prejudice and without costs.

                                       VARNUM LLP
                                       *Counsel for Plaintiffs*

Date:  April 26, 2016           By:  */s/ Aaron M. Phelps*
                                          Perrin Rynders (P38221)
                                          Aaron M. Phelps (P64790)
                                   Business Address, Telephone, and E-Mail:
                                          P.O. Box 352
                                          Grand Rapids, MI  49501-0352
                                          (616) 336-6000
                                          prynders@varnumlaw.com
                                          amphelps@varnumlaw.com

DICKINSON WRIGHT PLLC
*Counsel for Defendant*

Dated: April 26, 2016         By: */s/ Michelle L. Alamo*
                                   Michelle L. Alamo (P60684)
                              Business Address, Telephone, and E-mail:
                                   500 Woodward Avenue, Suite 4000
                                   Detroit MI 48226
                                   (313)223-3500

malamo@dickinsonwright.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ALMA COLLEGE, et al.,

       Plaintiffs,              Case No. 15-cv-13718

v                                    Honorable Thomas L. Ludington

BLUE CROSS BLUE SHIELD OF MICHIGAN,

       Defendant.

_____/

## **ORDER DISMISSING**

      Pursuant to the parties' Stipulation to Dismiss;

      It is **ORDERED** that all claims raised in this matter are **DISMISSED** with prejudice and without costs. This is a final order and closes the case.

                                               s/Thomas L. Ludington
                                               THOMAS L. LUDINGTON
                                               United States District Judge

Dated: April 29, 2016

---

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on April 29, 2016.

                            s/Michael A. Sian
                            MICHAEL A. SIAN, Case Manager